**Motion Granted; Appeal Dismissed and Memorandum Opinion filed July 11, 2013.**



**In The**

# Fourteenth Court of Appeals

## NO. 14-13-00510-CV

### AMERICAN REALTY ASSOCIATES, LLC, Appellant

### V.

### EDGAR RODRIGUEZ AND SARA ANN RODRIGUEZ, Appellee

**On Appeal from the 215th District Court
Harris County, Texas
Trial Court Cause No. 2013-31285**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed June 7, 2013. On July 8, 2013, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Chief Justice Hedges and Justices Frost and Donovan.